ACCEPTED
03-16-00557-CV
13893837
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/21/2016 9:21:47 AM
JEFFREY D. KYLE
CLERK

## NO. 03-16-00557-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/21/2016 9:21:47 AM
JEFFREY D. KYLE
Clerk

## IN THE COURT OF APPEALS
## THIRD DISTRICT OF TEXAS

## CHRIS PETERSON, ROBERT TURNER, SCOTT REICHARDT and PAMELA REICHARDT, *Appellants*

## v.

## OVERLOOK AT LAKE AUSTIN, L.P., *Appellee*

Accelerated Appeal from the 201st Judicial District Court
Travis County, Texas
Hon. Orlinda Naranjo, Presiding
Trial Court Cause No. D-1-GN-15-005194

## APPELLEE'S SECOND MOTION TO
## EXTEND TIME TO FILE APPELLEE'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

Appellee Overlook at Lake Austin, L.P. asks the Court to extend the time to file Appellees' brief in response to the BRIEF FOR APPELLANT CHRISTOPHER PETERSON and in response to the BRIEF OF APPELLANTS ROBERT TURNER, SCOTT REICHARDT, AND PAMELA REICHARDT.

## A. INTRODUCTION

1.      Appellants are: Christopher Peterson; Robert Turner; and Scott and Pamela Reichardt. Appellee is Overlook at Lake Austin, L.P. ("Overlook").

2.      The trial court is the 201st Judicial District Court of Travis County, Texas. The Hon. Orlinda Naranjo was the presiding judge of the trial court regarding the order complained of on appeal.

3.      No rule limits the time within which to file this motion to extend time. *See* TEX. R. APP. P. 38.6(d).

## B. ARGUMENT & AUTHORITIES

4.      The Court may extend the time to file the brief on a motion filed before or after a brief is due. TEX. R. APP. P. 38.6(d).

5.      Appellee's brief was originally due November 2. According to this Court's November 3 letter notice, the Court granted Appellee one prior extension of time to file Appellee's brief until November 14.

6.      Appellee requests an additional 7 days to file its brief, extending the deadline for filing Appellee's brief until November 21, 2016.

7.      Appellee requests additional time to file Appellee's brief because its appellate counsel underestimated the amount of time necessary to review

Appellants' briefs and supporting documents (2,439 page Clerk's Record; 4 volume Reporter's Record), and prepare a brief responsive to Appellants' issues. While preparing Appellee's brief, Appellee's counsel determined that the Court lacks appellate jurisdiction to review the interlocutory order on appeal. Appellee prepared and filed its separate APPELLEE'S MOTION TO DISMISS FOR LACK OF JURISDICTION to present the issue of the Court's jurisdiction.

8.      Appellee will finalize and file Appellee's brief to provide Appellee's responses to Appellants' issues on appeal.

## C. CONCLUSION

9.      Appellee asserts good cause for additional time to file its brief as allowed under the rules. For the reasons stated above, the Court should extend the time to file Appellee's brief to November 21, 2016.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellee prays that this Court extend the time for Appellee to file its brief until November 21, 2016.

Respectfully submitted,

**BUSH RUDNICKI SHELTON, P.C.**

/s/ *Carl J. Wilkerson*
Carl J. Wilkerson
State Bar No. 21478400
cwilkerson@brstexas.com
200 N. Mesquite St., Suite 200
Arlington, Texas 76011
Telephone: (817) 274-5992
Fax: (817) 261-1671

**ATTORNEYS FOR APPELLEE
OVERLOOK AT LAKE AUSTIN, L.P.**

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Appellant Christopher Peterson's counsel Neal Meinzer regarding his position on APPELLEE'S SECOND MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF by November 18 emails. Mr. Meinzer said he was opposed.

I certify that I conferred with Pamela Madere, counsel for Appellants Robert Turner, Scott Reichardt, and Pamela Reichardt regarding her position on APPELLEE'S SECOND MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF by November 18 emails. Ms. Madere said she was opposed.

Certified to on Nov. 21, 2016.

/s/ *Carl J. Wilkerson*
Carl J. Wilkerson

# CERTIFICATE OF SERVICE

I certify that a copy of APPELLEE'S SECOND MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF was served on the following parties through their counsel of record by electronic delivery on November 21, 2016:

Neal Meinzer
Neal.Meinzer@wallerlaw.com
Andrew Vickers
Andrew.Vickers@wallerlaw.com
Waller Lansden Dortch & Davis, LLP
100 Congress Ave., Suite 1800
Austin, Texas 78701
Telephone: (512) 685-6400
Facsimile: (512) 685-6417

ATTORNEYS FOR APPELLANT
CHRISTOPHER PETERSON

Pamela Madere
pmadere@coatsrose.com
Christopher Bradford
cbradford@coatsrose.com
Coats|Rose
901 South MoPac Expressway
Building 1, Suite 500
Austin, Texas 78746
Telephone: (512) 469-7987
Facsimile: (512) 469-9408

ATTORNEYS FOR APPELLANTS
ROBERT TURNER, SCOTT
REICHARDT, AND PAMELA
REICHARDT

/s/ *Carl J. Wilkerson*
Carl J. Wilkerson